IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO PUBLER,           ) | No. C 12-1405 RMW (PR) |
|                           ) | |
| Plaintiff,    ) | ORDER OF DISMISSAL |
|                           ) | |
| v.                        ) | |
|                           ) | |
| UNKNOWN,                  ) | |
|                           ) | |
| Defendant.    ) | |

On March 20, 2012, Plaintiff, a state prisoner proceeding pro se, filed a letter, which commenced this action. The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed a completed application to proceed in forma pauperis ("IFP"). Along with the deficiency notice, plaintiff was provided with a new IFP application, and instructions for completing it. Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. To date, plaintiff has not communicated with the court. Accordingly, the instant action is DISMISSED without prejudice to plaintiff filing a new action in which he either pays the filing fee or files a completed IFP application. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.12\Publer405disifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO PUBLER,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

Case Number: CV12-01405 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernesto Publer P-07758
California State Prison
A-5 AD Seg. 233-Seg
Los Angeles County
PO Box 4430
Lancaster, CA 93539

Dated: June 5, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk