**E-FILED on 6/5/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNESTO PUBLER, | ) | No. C 12-1405 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 6/5/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.12\Publer405jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO PUBLER,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

Case Number: CV12-01405 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernesto Publer P-07758
California State Prison
A-5 AD Seg. 233-Seg
Los Angeles County
PO Box 4430
Lancaster, CA 93539

Dated: June 5, 2012

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk